**Electronically Filed
Supreme Court
SCWC-29553
21-MAY-2013
09:49 AM**

SCWC-29553

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HIROKAZU NAKAJIMA,
Petitioner/Plaintiff-Appellant,

vs.

AKI NAKAJIMA,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29553; FC-DIVORCE NO. 05-1-0587)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/plaintiff-appellant Hirokazu Nakajima's application for writ of certiorari, which was filed on April 9, 2013, is hereby accepted.

No oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 21, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

